UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAMELA BAILEY D/B/A MORE THAN OUR CRIMES, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 24-1219 (PLF) |
| FEDERAL BUREAU OF PRISONS, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Ms. Bailey's Motion for Preliminary Injunctive Relief [Dkt. No. 2] is GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that the Federal Bureau of Prisons shall restore Ms. Bailey's full access to the TRULINCS electronic messaging system at the following facilities on or before July 8, 2024:  F.C.I. Ray Brook, U.S.P. Beaumont, F.C.C. Hazelton, U.S.P. Marion, F.C.I. Pekin, and U.S.P. Florence-High; it is

FURTHER ORDERED that, pending the resolution of this case, the Federal Bureau of Prisons shall not block Ms. Bailey from TRULINCS at the above-mentioned facilities, or from exchanging TRULINCS messages with any inmate at the above-mentioned facilities, absent a specific, factual determination of misconduct by Ms. Bailey or the inmate that is timely communicated to Ms. Bailey in writing; it is

FURTHER ORDERED that the Federal Bureau of Prisons shall email a copy of this Order to the warden of each above-mentioned facility on or before July 8, 2024; it is

FURTHER ORDERED that the parties shall meet and confer and agree upon an expedited schedule for filing of a motion to dismiss or motions for summary judgment, as well as a schedule for the expedited briefing of these motions; and it is

FURTHER ORDERED that the Court's June 17, 2024 Minute Order is hereby VACATED; the government may file its answer on or before July 10, 2024.

FURTHER ORDERED that the parties shall submit a joint status report including their agreed-upon schedule on or before July 10, 2024.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 6/28/24