UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMELA BAILEY D/B/A MORE THAN )
OUR CRIMES, )
)
)
Plaintiff, )
)
v. )        Civil Action No. 24-1219 (PLF)
)
FEDERAL BUREAU OF PRISONS, )
)
Defendant. )
)

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Defendant's Motion to Dismiss [Dkt. No. 21] is GRANTED IN

PART and DENIED IN PART; it is

FURTHER ORDERED that Counts Two, Four, and Five of plaintiff Pamela

Bailey's Complaint [Dkt. No. 1] are DISMISSED pursuant to Rule 12(b)(6) of the Federal Rules

of Civil Procedure; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint

status report on or before April 25, 2025, proposing a schedule for how this case should proceed.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 4/11/25