United States District Court
District of Columbia

Pamela Bailey d.b.a. More Than Our Crimes,
                Plaintiff,

v.

Federal Bureau of Prisons, et al.,    Civil Action No. 24-1219 (PLF)
                Defendants

Jeremy V. Pinson,
        Movant/Intervenor,

## Motion to Intervene

Comes now the pro se Movant/Intervenor Jeremy V. Pinson and seeks to respectfully intervene for the following reasons:

1. Movant attempted to add Plaintiff Pamela Bailey and her attorney Joseph Marshall Terry Jr. to contact them via TRULINCS on Oct. 9, 2025;

2. On Oct. 10, 2025 BOP officials placed an "Investigation Hold" on all funds in Movant's trust fund account after they deliberately moved all Trulincs credits, Inmate Telephone System deposits into the Trust Fund Account encumbering all monies which Plaintiff had used to make available the Public Messaging service and prepaid telephone calls so that she could've called or emailed Pamela Bailey.

3. On Oct. 31, 2025 during a conversation with Captain S. Hock, Movant was threatened with indefinite housing In Segregation and an indefinite encumbrance upon all

-1-

RECEIVED
Mailroom

NOV 07 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

Outgoing communications if she did not cease and desist all attempts to contact Plaintiff Bailey or Attorney Terry.

4. Absent a Rule 26(c), Fed. R. Civ. P. Protective Order the Movant knows of no further means of contacting Plaintiff Bailey or Attorney Terry without retributive consequences as BOP personnel have already seized the mailing addresses to both Bailey and Terry along with all of the plaintiff's email addresses copied in the Movant's legal files and papers.

Because defendants' actions implicate the First Amendment rights of both the plaintiff in this action and the Movant, as well as constituting harming and intimidating a witness in this action (movant) the Movant asks to intervene into this action so that the mutual claims may be adjudicated in a single civil action. In the event Plaintiff objects to intervention, movant asks the Court to Order the Clerk to open a separate case and grant Plaintiff 30 days to file a Complaint. As plaintiff has no access to a law library she cannot cite to any rules or caselaw beyond those which exist in her memory.

Wherefore this Motion should be Granted.

Jeremy Pinson
FCI Butner #1