UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMELA BAILEY D/B/A MORE THAN )
OUR CRIMES, )
)
)
Plaintiff, )
)
v. )    Civil Action No. 24-1219 (PLF)
)
FEDERAL BUREAU OF PRISONS, )
)
Defendant. )
)

ORDER

The Court has before it a pro se motion to intervene in this action by Jeremy

Pinson [Dkt. No. 36].

In light of the parties' February 25, 2026 stipulation of dismissal of this case with

prejudice, pursuant to their settlement agreement [Dkt. No. 42], and without regard to the

substantive merits of the motion, it is hereby

ORDERED that Jeremy Pinson's pro se motion to intervene [Dkt. No. 36] is

DENIED as moot; it is

FURTHERED ORDERED that Jeremy Pinson's motion for extension of time to

reply to defendants' opposition to the motion to intervene [Dkt. No. 43] is DENIED as moot.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 3|30|26