UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMELA BAILEY D/B/A MORE THAN )
OUR CRIMES,                   )
                              )
          Plaintiff,          )
                              )
     v.                       )        Civil Action No. 24-1219 (PLF)
                              )
FEDERAL BUREAU OF PRISONS,    )
                              )
          Defendant.          )
                              )

## ORDER

The Court has before it a pro se motion to intervene in this action by Phillip Sebolt [Dkt. No. 45].

In light of the parties' February 25, 2026 stipulation of dismissal of this case with prejudice, pursuant to their settlement agreement [Dkt. No. 42], and without regard to the substantive merits of the motion, it is hereby

ORDERED that Phillip Sebolt's pro se motion to intervene [Dkt. No. 45] is DENIED as moot.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 5/4/26